# UNITED STATES DISTRICT COURT
## District of Minnesota

Mercy Geoconda Lazo Masabalin

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, U.S. Department of Homeland Security, Todd M. Lyons, U.S. Immigration and Customs Enforcement

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00543-ECT-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

2. As soon as practicable, but not later than 72 hours after entry of this Order, Respondents shall return Petitioner to Minnesota and then release Petitioner from custody.

Date: 1/26/2026

KATE M. FOGARTY, CLERK